UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Wandella J. Vinson                :              Case #: 05-51019

                                                                   :              Chapter 13

                                                                   :              Judge Hoffman

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 29, 2010                         /s/ Frank M. Pees_____
                                                                 Frank M. Pees
                                                                 Chapter 13 Trustee

Name and Address                                    Amount
Wandella J. Vinson                                     $57.69
184 Northcrest Dr.
Marysville, OH 43040